UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04003-SHK | Date: | March 20, 2025 |
| Title: | *K.S. v. Leland Dudek,*[1] *Acting Comm'r of Soc. Sec'y* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      The Court received and reviewed Plaintiff's Motion for Attorney's Fees ("Motion"), filed March 19, 2025.  Electronic Case Filing Number ("ECF No.") 22, Mot.  Plaintiff has violated the Local Civil Rules for the United States District Court for the Central District of California by failing to lodge a proposed order with the Motion.  See L.R. 7-20 ("A separate proposed order shall be lodged with any motion or application requiring an order of the Court, pursuant to L.R. 52-4.1.  Unless exempted from electronic filing pursuant to L.R. 5-4.2, each proposed order shall comply with L.R. 5-4.4."); see also L.R. 52-4.1 ("A separate proposed order shall be submitted with any stipulation, application, motion, or request of the parties requiring an order of the court . . . as provided in L.R. 5-4.4."); L.R. 5-4.4.1 ("When a proposed order or other proposed document accompanies an electronic filing, the proposed order or other proposed document shall be in PDF format and included, as an attachment, with the main electronically filed document").

      Consequently, Plaintiff is ordered to show cause by **April 3, 2025,** why the Motion should not be denied for failure to comply with the Local Rules.  Plaintiff can satisfy this order by filing a proposed order by the date listed above.  **Failure to timely satisfy this order may result in the Motion being denied for failure to follow Court orders and the Local Rules.**

      **IT IS SO ORDERED.**

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security.  Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.